# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SILVA,<br><br>    Plaintiff,<br><br>v.<br><br>J. WORTH, et al.,<br><br>    Defendants. | Case No. 1:16-cv-01131-AWI-SKO (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION AND STRIKING PLAINTIFF'S "JOINT CASE MANAGEMENT STATEMENT AND REQUEST PROPOSED ORDER"**<br><br>**(Doc. 35, 36)** |

Plaintiff, Anthony Silva, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On April 19, 2018, Plaintiff filed a document titled "Joint Case Management Statement and Request Proposed Order" ("Statement") (Doc. 35.) Defendants responded with a motion to strike Plaintiff's document, indicating that it is merely a declaration of Plaintiff's version of events with which Defendants had not agreed. (Doc. 36.) Defendants request that the Statement be stricken from the record since it is neither a joint statement nor any form of authorized filing. (*Id.*)

Rather than filing an opposition to Defendants' motion to strike, on May 18, 2018, Plaintiff filed a motion for leave to file an amended complaint in which he duplicates the rendition of facts from the Statement. (*Compare* Doc. 37 with Doc. 35.) It thus appears that Plaintiff does not oppose Defendants' motion to strike the Statement filed by Plaintiff. The Court also notes that that the filing of the Statement is not authorized under the Federal Rules or the Local Rules.

1

Accordingly, it is HEREBY ORDERED that Defendants' motion, filed on April 23, 2018, (Doc. 36), to strike Plaintiff's April 19, 2018 "Joint Case Management Statement" (Doc. 35) is GRANTED and Plaintiff's "Joint Case Management Statement" (Doc. 35) is hereby STRICKEN from the record in this case.

IT IS SO ORDERED.

Dated: **May 29, 2018** /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE