# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SILVA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WORTH,<br><br>　　　　Defendant. | Case No. 1:16-cv-01131-LJO-SKO (PC)<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO SCREEN PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(Doc. 44)** |

Plaintiff, Anthony Silva, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On September 5, 2018, an order issued granting Plaintiff's motion and filing the First Amended Complaint. (Docs. 42, 43.) On October 1, 2018, Defendants filed a request for screening of the First Amended Complaint. (Doc. 44.)

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). A complaint or portion thereof that raises claims that are legally frivolous, malicious, fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief must be dismissed. 28 U.S.C. § 1915A(b)(1),(2); 28 U.S.C. § 1915(e)(2)(B)(i)-(iii).

To state a claim under § 1983, a plaintiff must allege two essential elements: (1) that a right secured by the Constitution or laws of the United States was violated and (2) that the alleged violation was committed by a person acting under the color of state law. *See West v. Atkins*, 487

1

U.S. 42, 48 (1988); *Ketchum v. Alameda Cnty.*, 811 F.2d 1243, 1245 (9th Cir. 1987). The First Amended Complaint has been placed in line for screening.

Accordingly, it is HEREBY ORDERED that Defendant's motion, filed on October 1, 2018, (Doc. 44), for screening of Plaintiff's First Amended Complaint is GRANTED.

IT IS SO ORDERED.

Dated: **October 3, 2018**             /s/ *Sheila K. Oberto*
                                           UNITED STATES MAGISTRATE JUDGE