# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SILVA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WORTH,<br><br>　　　　Defendant. | Case No. 1:16-cv-01131-LJO-SKO (PC)<br><br>**ORDER STRIKING PLAINTIFF'S UNSIGNED RESPONSE TO ORDER TO SHOW CAUSE**<br><br>**(Doc. 47)**<br><br>**FOURTEEN (14) DAY DEADLINE** |

Plaintiff, Anthony Silva, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On January 14, 2019, the Court issued an order for Plaintiff to show cause why the First Amended Complaint should not be stricken from this action due to lack of compliance with the California Government Claims Act with regard to the events raised in Claim II. (Doc. 46.) Plaintiff filed an unsigned response requesting the Court appoint an attorney to represent him and indicating that he was unaware of the California Government Claims Act. (Doc. 47.)

The Court cannot consider unsigned filings and the response is THEREFORE ORDERED STRICKEN from the record. Fed. R. Civ. P. 11(a); Local Rule 131(b). Plaintiff is granted fourteen (14) days from the date of service of this order to file a response to the order to show

1

cause. The Clerk of the Court is directed to serve a copy of the order to show cause, (Doc. 46), on Plaintiff along with this order. **Failure to file a response or a notice of voluntary dismissal of the First Amended Complaint will result in recommendation that this action be dismissed for Plaintiff's failure to obey a court order.**

IT IS SO ORDERED.

Dated: **January 28, 2019**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE