# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SILVA,<br><br>        Plaintiff,<br><br>   v.<br><br>WORTH,<br><br>        Defendant. | Case No. 1:16-cv-01131-LJO-SKO (PC)<br><br>**ORDER ON PLAINTIFF'S MOTIONS FOR EARLY DISCOVERY AND FOR COURT-SUPERVISED SETTLEMENT CONFERENCE**<br><br>(Docs. 60, 61) |

Plaintiff, Anthony Silva, is a state inmate proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. On May 13, 2019, Plaintiff filed a document titled as a motion in which he inquires "to see if there be (sic) participate in the pre-designated settlement (sic) that is for Date (sic) June 2019." (Doc. 61.) On that same date, Plaintiff also filed a motion seeking to open discovery and to compel Defendants to produce "Video Evidence Viewing of Incident-Log No.# 14-FC-11-071," and "copies of document's (sic) that is in the Court Judge (sic) office."[1] (Doc. 60.)

This case is currently set for a settlement conference on June 7, 2019, before Magistrate Judge Stanley A. Boone, and a writ has issued to ensure Plaintiff's attendance. (Doc. 57, 58.)

---

[1] The Court has no documents related to this case other than as reflected on the docket.

Plaintiff's motion for an order regarding that settlement conference is therefore moot. If the case does not settle, a Discovery and Scheduling Order will issue which will open discovery, thereby allowing Plaintiff to propound discovery on Defendant. Since discovery has not yet opened in this case, Plaintiff's motion to compel is premature.

Accordingly, it is HEREBY ORDERED, that Plaintiff's motion regarding court-supervised settlement conference, filed on May 13, 2019, (Doc. 61), is disregarded as moot and Plaintiff's motion to compel discovery, filed on May 13, 2019, (Doc. 60), is denied without prejudice as it is premature.

IT IS SO ORDERED.

Dated:  __**May 15, 2019**__                    _____/s/ *Sheila K. Oberto*_____
                                                UNITED STATES MAGISTRATE JUDGE