# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SILVA, | Case No. 1:16-cv-01131-LJO-SKO (PC) |
| Plaintiff, | |
| v. | ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE ANTHONY SILVA, CDCR # K-82438 |
| J. WORTH, | |
| Defendant. | |

A settlement conference in this matter commenced on June 7, 2019. Inmate Anthony Silva, CDCR # K-82438 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: __June 7, 2019__

UNITED STATES MAGISTRATE JUDGE